United States District Court
Southern District of Texas
**ENTERED**
March 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MANUEL GARZA, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 7:16-CV-007 |
| ACCEPTANCE CASUALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## **ORDER**

The Court now considers the "Agreed Stipulation of Dismissal,"[1] filed by Plaintiffs and Defendant announcing to the Court that the parties agree to Plaintiffs dismissing their claims against Defendant with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiffs and Defendant, the only parties in the case, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 14th day of March, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 8.